IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-cr-00067-M-1
Case No. 4:23-cv-00125-M

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD JONES, <br><br> Defendant. | ORDER |

Pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the court DIRECTS the United States Attorney to file an Answer pursuant to Rule 5 of the Rules Governing § 2255 Proceedings or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40) days** of the filing of this order. In its Answer or response, the Government shall address, *inter alia*, any issues of timeliness, waiver, or procedural default in accordance with prevailing law.

Within **thirty (30) days** after the Answer or other response is served, Petitioner may file a Reply pursuant to Rule 5(d) of the Rules Governing § 2255 Proceedings. In the Reply, Petitioner shall address all issues raised by the Government in the Answer or response.

SO ORDERED this 2 day of October, 2023.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE